JOSEPH EMERSON, appellant *v.* GEORGE W. CLARK, appellee.

*Appeal from Scott.*

An appeal from the Circuit to the Supreme Court, where the judgment is final, and amounts to $20 exclusive of costs, or relates to a franchise or freehold, is a matter of right.

THIS was a motion to dismiss the appeal because the same was granted upon condition that the defendant should verify by his own affidavit, within twenty days, two papers produced on the trial by the parties, but which were not in Court when the bill of exceptions was made up. Upon such verification, said papers were to be included in the bill of exceptions.

WM. BROWN, for the appellee.

JOSIAH LAMBORN, for the appellant.

*Per Curiam:*

The statute gives an appeal in all cases where the judgment appealed from is final, and amounts to the sum of twenty dollars, exclusive of costs, or relates to a franchise or freehold. The party had a right to his appeal upon giving bond and security, without any other conditions. The Court, upon this motion, will not investigate the propriety of the Circuit Court's permitting the papers to be verified by the affidavit of the party.

This motion is overruled.

*Motion overruled.*